**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BISCOTTI INC., | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:13-CV-01015-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| MICROSOFT CORP., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 12, 2017 (Dkt. No. 159) recommending that Plaintiff Biscotti Inc.'s Motion to Dismiss Defendant Microsoft's Corp.'s Amended Answer (Dkt. No. 64) be denied. No objections have been filed. Accordingly, and after a de novo review, the Report and Recommendation is ADOPTED.

Plaintiff Biscotti Inc.'s Motion to Dismiss Defendant Microsoft's Corp.'s Amended Answer (Dkt. No. 64) is DENIED.

**So ORDERED and SIGNED this 28th day of April, 2017.**


_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE