# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BISCOTTI, INC. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1015-JRG-RSP |
| | § | |
| MICROSOFT CORP. | § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above mentioned case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for such jurors until a verdict is rendered to this Court.

**So Ordered this**
**Jun 5, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE