IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BISCOTTI INC., | Civil Action No. 2:13-cv-01015-JRG-RSP |
| Plaintiff, | |
| v. | |
| MICROSOFT CORP., | |
| Defendant. | |

## **VERDICT FORM**

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. As used herein, "Biscotti" means Plaintiff Biscotti Inc. As used herein, "Microsoft" means Defendant Microsoft Corporation. As used herein, "the '182 patent" means U.S. Patent No. 8,144,182.

## QUESTION 1

Did Biscotti prove by a preponderance of the evidence that Microsoft has directly or indirectly infringed any of the asserted claims of the '182 patent?

Answer "Yes" or "No" in the space provided.

Answer: __No__

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE ANSWERED YES TO QUESTION 1.  OTHERWISE, DO NOT ANSWER THIS QUESTION.

## **QUESTION 2**

Did Biscotti prove by a preponderance of the evidence that Microsoft willfully infringed the '182 patent?

Answer "Yes" or "No" in the space provided.

     Answer: _____

## QUESTION 3

Did Microsoft prove by clear and convincing evidence that any of the following claims of the '182 patent are invalid as anticipated or obvious in view of prior art?

Answer "Yes" or "No" for each listed asserted claim in the space provided

Claim 12: Yes ✓ No _____

Claim 13: Yes ✓ No _____

Claim 23: Yes ✓ No _____

Claim 27: Yes ✓ No _____

Claim 28: Yes ✓ No _____

Claim 35: Yes ✓ No _____

Claim 86: Yes ✓ No _____

ANSWER THE FOLLOWING QUESTION ONLY IF YOU HAVE ANSWERED "YES" TO QUESTION 1 AND "NO" FOR AT LEAST ONE OF THE CLAIMS SPECIFIED IN QUESTION 3.

## QUESTION 4

What sum of money, if any, now paid in cash, has Biscotti proven by a preponderance of the evidence would fairly and reasonably compensate Biscotti for damages resulting from Microsoft's infringement of the '182 patent through March 2017?

Answer in dollars and cents:

Amount: $ _____

Signed: _____
        Jury Foreperson

Date: June ___9___, 2017