# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Biscotti, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corporation, <br><br> Defendant. | Civil Action No. 2:13-cv-1015-JRG |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS

Before the Court is Plaintiff Biscotti, Inc.'s Motion For Extension Of Time To File Post-Trial Motions. The Court, having considered same, is of the opinion the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Biscotti to file post-trial motions is November 8, 2017.