# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **BISCOTTI INC.,** | **Civil Action No. 2:13-cv-01015-JRG-RSP** |
| **Plaintiff,** | |
| **v.** | **JURY TRIAL DEMANDED** |
| **MICROSOFT CORP.,** | |
| **Defendant.** | |

## BISCOTTI INC.'S NOTICE OF APPEAL

Biscotti Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit, from: (1) the October 3, 2017 Final Judgment (Docket No. 311), (2) the March 23, 2018 Memorandum Opinion and Order (Docket No. 333), as well as any and all decisions, judgments, orders, rulings, findings, instructions, opinions, and/or conclusions in this case adverse to Biscotti Inc.

DATED:  April 20, 2018

Respectfully submitted,

By: */s/ Michael E. Jones*

Michael E. Jones (TX Bar 10929400)
**POTTER MINTON PC**
110 N. College, Suite 500
Tyler, TX 75702
Telephone: (903) 597 8311
Facsimile: (903) 593 0846
mikejones@potterminton.com

Adam R. Alper
Robert N. Kang
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

adam.alper@kirkland.com
robert.kang@kirkland.com

Michael W. De Vries
Sharre Lotfollahi
Justin Singh
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.devries@kirkland.com
sharre.lotfollahi@kirkland.com
justin.singh@kirkland.com

Amanda J. Hollis
Ryan M. Hubbard
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
amanda.hollis@kirkland.com
ryan.hubbard@kirkland.com

**ATTORNEYS FOR PLAINTIFF
BISCOTTI INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via email on April

20, 2018.


*/s/ Michael E. Jones*
Michael E. Jones