NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BISCOTTI, INC.,**

*Plaintiff - Appellant*

v.

**MICROSOFT CORP.,**

*Defendant - Appellee*

---

18-1867

---

Appeal from the United States District Court for the
Eastern District of Texas in case no. 2:13-cv-01015-JRG,
Judge J. Rodney Gilstrap

---

## <u>O R D E R</u>

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under
Fed. R. App. P. 42 (b). Each side shall bear its own costs.


FOR THE COURT

August 20, 2018          <u>/s/ Peter R. Marksteiner</u>

Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** August 20, 2018